PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Edward Deshawn Smith</u>  Case Number: <u>3:08-00248</u>

Name of Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>December 22, 2009</u>

Original Offense: <u>18 U.S.C. § 922 (g)(1) and 18 U.S.C. § 924 Convicted Felon in Possession of a Firearm</u>

Original Sentence: <u>48 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>April 20, 2012</u>

Assistant U.S. Attorney: <u>Mary McCullohs</u>  Defense Attorney: <u>William J. Steed</u>

---

**THE COURT ORDERS:**

[X] No Action
[ ] Submit a Petition for Summons
[ ] Submit a Petition for Warrant
[ ] Other

Considered this 23rd day of July, 2012,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place  Nashville, Tennessee

Date  July 10, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

1. **The defendant shall not commit another federal, state or local crime.**

   On June 20, 2012, Mr. Smith was given a citation by an officer with Metro Nashville Police Department for driving a motorcycle without a license. According to the officer, Mr. Smith was driving the motorcycle recklessly.

   On June 21, 2012, Mr. Smith was arrested for Criminal Trespassing. According to the affidavit, Mr. Smith was observed standing in front of 658 Sylvan Street which is part of James Cayce Homes operated by Metropolitan Developmental Housing Authority. Officers knew Mr. Smith was on the banned list for the property and arrested him on trespassing charges. He was found guilty on June 22, 2012, and ordered to pay $370.45 in court costs.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Smith began supervision on April 20, 2012. He was employed with Southern Steak and Oyster but fired for poor performance.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Smith be continued on supervised release with no further action at this time. Mr. Smith has been verbally admonished and advised that future violations could result in sanctions by the Court.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer

sxn1134COMPLAINT NUMBER: 2012-0524263          WARRANT NUMBER: GS590370

PROSECUTOR: Conrad N Straub
DEFENDANT: Edward Smith
VICTIM: MDHA

STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
**CRIMINAL TRESPASS**
T.C.A. 39-14-405

Personally appeared before me, the undersigned, **[Select one]** _x_ Commissioner, ___ Metropolitan General Sessioxns Judge, the prosecutor named above and made oath in due form of law that **[Select one]** _x_ he ___ she **[Select one]** ___ personally observed ___ has probable cause to believe that the defendant named above on 06/21/2012 in Davidson County, did intentionally or knowingly enter or remain on the property of another knowing that the defendant did not have the effective consent of the property owner to do so, and that *the probable cause is as follows*:

Officers observed the Defendant standing in front of 658 Sylvan street which is part of James Cayce homes which is operated by MDHA. Officers knew the defendant to be on the MDHA banned list and the defendant was taken into custody without incident.

ESignature
_____
Prosecutor: Conrad N Straub  0000011965
            200 James Robertson Parkway

            Nashville, Tennessee 37201

ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense
of  Criminal Trespass C MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 06/21/2012 14:38:54 .

_____
Howard Taradash
**Judge of the Metropolitan General Sessions Court/Commissioner**
              sxn11341 of 1 pages