IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

**Motion GRANTED. Hearing reset for 11/25/13 at 3:00 p.m.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | No. 3:08-cr-00248 |
| ) | JUDGE HAYNES |
| EDWARD DESHAWN SMITH ) | |

## MOTION TO CONTINUE

Comes now the Defendant, by and through counsel, respectfully requests this Court to continue a hearing regarding the Defendant's supervised release violation which is currently set for October 3, 2013.

Defendant would submit that he is currently set for trial before Judge Haynes on November 12, 2013 (3:12-cr-00186-1). Given that the trial before Judge Haynes is on an Indictment which is the basis for the majority of the Defendant's supervised release violation, the Defendant would submit that in the interest of judicial economy, his supervised release violation should be continued until after the conclusion of his trial.

The Assistant United States Attorney, Clay Lee, is in agreement with this Motion.

Respectfully submitted,

/s/ Jim Todd_____
Jim Todd
Hagan & Todd, PLLC
218 Third Avenue North
Nashville, Tennessee 37201
Phone:(615) 628-9111
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been hand delivered via electronic transfer and/or mailed, postage prepaid, to the Honorable Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203 on this the 19$^h$ day of September, 2013.

/s/ Jim Todd_____
Jim Todd