# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

Motion GRANTED.
Hearing reset for
12/13/13 at 3:30 p.m.

UNITED STATES OF AMERICA          )
                                  )
VS.                               )          No. 3:08-cr-00248
                                  )          JUDGE  HAYNES
EDWARD DESHAWN SMITH              )

## MOTION TO CONTINUE REVOCATION HEARING

Comes now the Defendant, by and through counsel, respectfully requests this Court to continue a revocation hearing which is currently set for December 4, 2013 at 3:00 p.m.

Counsel for Defendant appreciates the court's willingness to continue the matter from November 25, 2013 at 11:00 a.m. to December 4, 2013 at 3:00 p.m., however, counsel for the Defendant has a conflict that cannot be moved.

Counsel for the Defendant respectfully requests the revocation hearing be reset and suggests the following dates and times: the afternoon of December 9, 2013, the afternoon of December 10, 2013 or anytime on December 13, 2013.

Respectfully submitted,

/s/ Jim Todd_____
Jim Todd
Hagan & Todd, PLLC
218 Third Avenue North
Nashville, Tennessee  37201
Phone:(615) 628-9111
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been hand delivered via electronic transfer and/or mailed, postage prepaid, to the Honorable Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203 on this the 20th day of November, 2013.

/s/ Jim Todd_____
Jim Todd