## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

==Motion GRANTED.
Hearing reset for
7/28/14 at 3:00 p.m.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | No. 3:08-cr-00248-1 |
| | ) | JUDGE HAYNES |
| EDWARD DESHAWN SMITH | ) | |

### MOTION TO CONTINUE REVOCATION HEARING

Comes now the Defendant, Edward Deshawn Smith, by and through counsel, respectfully requests this Court to continue the revocation hearing in the above case which is currently set for Friday, February 28, 2014 at 2:00 p.m.

For cause, Defendant would submit that the basis for of revocation hearing is a new and pending charge currently before Judge Haynes that has yet to be resolved. Defendant submits it would be in the best interest of all parties to continue his revocation hearing until the underlying charge has been resolved. The Government does not oppose this motion.

Respectfully submitted,

/s/ Jim Todd_____
Jim Todd
Hagan & Todd, PLLC
218 Third Avenue North
Nashville, Tennessee 37201
Phone:(615) 628-9111
Counsel for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been hand delivered via electronic transfer and/or mailed, postage prepaid, to the Honorable Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203 on this the 26h day of February, 2014.

/s/ Jim Todd_____
Jim Todd